IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| OSCAR SANTIAGO SOLORIO, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-CV-104 (HL) |
| | * |
| TONYA and SANTIAGO SOLORIO, | * |
| Defendants. | * |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 20, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 26th day of June, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk